# United States Court of Appeals
## For the First Circuit

No. 21-1908

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

**MANDATE**

Entered: December 29, 2021

In accordance with the judgment of December 29, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Joseph Dietel
Robert M. Fojo
Joseph McCoy